UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. DONOVAN, as he is ADMINISTRATOR, LOCAL 103, I.B.E.W. HEALTH BENEFIT PLAN; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; JOINT APPRENTICESHIP AND TRAINING FUND; and LAWRENCE J. BRADLEY, as he is EXECUTIVE SECRETARY-TREASURER, NATIONAL ELECTRICAL BENEFIT FUND,<br>Plaintiffs,<br><br>v.<br><br>P.C. ELECTRICAL CONTRACTING CORP, INC.<br>Defendant, *et al.* | CIVIL ACTION<br>NO. 1:22-cv-10462-RGS |

### **ORDER ALLOWING SERVICE BY ALTERNATE MEANS**

WHEREAS, the Plaintiffs in the above-captioned action have represented to this Court that (1) they have attempted to serve the Defendant with the Summons and Complaint in this matter by personal service effected by constable, (2) the constable was unable to perfect service on the Defendant at its ostensible physical location because the address is a postal box location, (3) personal service upon the Defendant is not practicable, and (4) therefore formal serice upon the Defendant must be made by alternate means, to wit, electronic mail with delivery or relay receipt confirmation.

IT IS HEREBY ORDERED that the Plaintiffs shall serve the Defendant with the Summons and Complaint by email, with delivery or relay receipt confirmation, at the email address of the Defendant, pcelectric1@gmail.com.  Service shall be proved by affidavit of counsel containing a statement thereof, accompanied by copies of the email and delivery or relay receipt.

2

      Defendant is directed to appear, plead, answer, or otherwise move with respect to the Complaint herein, on or before twenty-one (21) days after receipt of the Summons and Complaint. If the Defendant fails to do so, the Court will proceed to the hearing and/or adjudication of this matter.

      IT IS SO ORDERED.

*/s/ Richard G. Stearns*
Honorable Richard G. Stearns, United
States District Court Judge

3-31-22

2